# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Mintz v. PPG Industries, Inc. et al.   Case Number: 24-cv-11591

An appearance is hereby filed by the undersigned as attorney for:
PPG Industries, Inc.

Attorney name (type or print): Vincenzo R. Chimera

Firm: K&L Gates LLP

Street address: 70 West Madison Street, Suite 3300

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6320435   Telephone Number: 312-807-4200
(See item 3 in instructions)

Email Address: Vincenzo.chimera@klgates.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 11, 2024

Attorney signature:   S/ Vincenzo R. Chimera
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023