## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KIMBERLY MINTZ, as<br>Personal Representative of the Estate of<br>PEARLIE WILLIAMS,<br><br>      *Plaintiff*,<br><br>   v.<br><br>BASF CORPORATION, PPG INDUSTRIES,<br>INC., DAVID L. VAN LEWEN, and MAC<br>PENMAN,<br><br>      *Defendants,*<br><br>VANTAGE SPECIALTY CHEMICALS,<br>INC.,<br><br>      *Nominal Defendant,*<br><br>  and<br><br>ABBOTT LABORATORIES and ABBVIE,<br>INC.,<br><br>      *Respondents in Discovery.* | Civil Action No. 24-cv-11591 |

## PPG INDUSTRIES, INC.'S NOTICE OF EXECUTIVE COMMITTEE ORDER

PPG Industries, Inc. hereby notices the Court of the attached Order of the Executive Committee as follows:

1.     This case is one of hundreds of cases that have been removed to this district and division regarding ethylene oxide emissions.

2.     On August 16, 2024, the Executive Committee established a docket for coordinated pretrial proceedings of these cases, *In re Ethylene Oxide Coordinated Pretrial Proceedings*, No. 24-7261. *See* Ex. 1, Executive Committee Order. The Order provides that "any additional cases

that may be filed with similar claims and the same defendants shall be part of these coordinated

pretrial proceedings."

 

Respectfully submitted,

**PPG INDUSTRIES, INC.**

By _/s/ Vincenzo R. Chimera_
    Vincenzo R. Chimera #6320435
    Kenn Brotman #6236771
    **K&L GATES LLP** - #45515
    70 West Madison Street, Suite 3100
    Chicago, IL 60602
    Telephone: (312) 807-4200
    Email: vincenzo.chimera@klgates.com
    Email: kenn.brotman@klgates.com

## **CERTIFICATE OF SERVICE**

This is to certify that on November 11, 2024, a true and correct copy of the foregoing document was served upon all known counsel of record via the Court's CM/ECF electronic filing system.

/s/ Vincenzo R. Chimera
Vincenzo R. Chimera

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

For reasons of judicial efficiency, coordinated pretrial proceedings in the cases identified on the attached document should be presided over by a single district judge as provided for by IOP 13(e) and that a single magistrate judge should be designated for these cases; and

The Hon. Jorge L. Alonso has agreed to preside over these coordinated pretrial proceedings and Magistrate Judge M. David Weisman has agreed to be the designated magistrate judge in these coordinated pretrial proceedings; therefore

It is hereby ordered that Judge Alonso shall preside over pretrial proceedings in the cases listed below; and

It is further ordered that Magistrate Judge Weisman shall be the designated Magistrate Judge in the cases listed below; and

It is further ordered that each of these cases shall remain pending on the calendar of the judge to whom that it is currently assigned, and that an order be entered in each case by Judge Alonso at such time as coordinated pretrial proceedings have concluded; and

It is further ordered than any additional cases that may be filed with similar claims and the same defendants shall be part of these coordinated pretrial proceedings.

It is further ordered that all pretrial proceedings are to be filed in case 24 CV 7261, IN RE: Ethylene Oxide Coordinated Pretrial Proceedings until further order of the Honorable Jorge L. Alonso.


**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**


Hon. Virginia M. Kendall, Chief Judge


Dated at Chicago, Illinois this 16th  day of August, 2024

| 1:24-cv-03411 | Phelps v. Isomedix Operations, Inc. et al |
|---|---|
| 1:24-cv-06233 | Lathan v. BASF Corporation et al |
| 1:24-cv-06237 | Christian v. BASF Corporation et al |
| 1:24-cv-06239 | Baker v. BASF Corporation et al |
| 1:24-cv-06243 | Bury, Personal Representative of the Estate of Roger Bury v. BASF Corporation et al |
| 1:24-cv-06248 | Cichy v. BASF Corporation et al |
| 1:24-cv-06251 | Brooks, Personal Representative of the Estate of Wadell Brooks, Sr. v. BASF Corporation et al |
| 1:24-cv-06252 | Martin et al v. BASF Corporation et al |
| 1:24-cv-06254 | Martin v. BASF Corporation et al |
| 1:24-cv-06255 | Dofelmire, Personal Representative of the Estate of Catherine Dofelmire v. BASF Corporation et al |
| 1:24-cv-06257 | Nolden v. BASF Corporation et al |
| 1:24-cv-06261 | Foster, Personal Representative of the Estate of Loretta Foster v. BASF Corporation et al |
| 1:24-cv-06264 | Frantz v. BASF Corporation et al |
| 1:24-cv-06266 | Stewart v. BASF Corporation et al |
| 1:24-cv-06267 | Gabriel, Personal Representative of the Estate of Anthony Gabriel v. BASF Corporation et al |
| 1:24-cv-06269 | Wooster v. BASF Corporation et al |
| 1:24-cv-06270 | Gaile v. BASF Corporation et al |
| 1:24-cv-06271 | Berner v. BASF Corporation et al |
| 1:24-cv-06274 | Brincks v. BASF Corporation et al |
| 1:24-cv-06276 | Gunter v. BASF Corporation et al |
| 1:24-cv-06279 | Jackson v. BASF Corporation et al |
| 1:24-cv-06280 | Joseph v. BASF Corporation et al |
| 1:24-cv-06283 | Lindberg v. BASF Corporation et al |
| 1:24-cv-06287 | Polsin, Personal Representative of the Estate of Dean Polsin v. BASF Corporation et al |
| 1:24-cv-06292 | Prater v. BASF Corporation et al |
| 1:24-cv-06294 | Ramirez, Personal Representative of the Estate of Leticia Ramirez v. BASF Corporation et al |
| 1:24-cv-06295 | Holland v. BASF Corporation et al |
| 1:24-cv-06297 | Kachurick v. BASF Corporation et al |
| 1:24-cv-06298 | Rivera v. BASF Corporation et al |
| 1:24-cv-06302 | Rodriguez v. Cosmed Group, Inc. et al |
| 1:24-cv-06304 | Sullivan v. BASF Corporation et al |
| 1:24-cv-06306 | Leeds v. BASF Corporation et al |
| 1:24-cv-06307 | Taylor, Personal Representative of the Estate of Schavonne Taylor v. BASF Corporation et al |
| 1:24-cv-06308 | Pasillas et al v. Cosmed Group, Inc. et al |
| 1:24-cv-06309 | Tesmer, Personal Representative of the Estate of Dorothy Tesmer v. BASF Corporation et al |
| 1:24-cv-06310 | Tsitiridis v. BASF Corporation et al |
| 1:24-cv-06311 | White v. BASF Corporation et al |
| 1:24-cv-06314 | Wells v. BASF Corporation et al |
| 1:24-cv-06317 | Williams, Pending Personal Representative of the Estate of Pagel Williams v. BASF Corporation et al |
| 1:24-cv-06318 | Zysk v. BASF Corporation et al |
| 1:24-cv-06320 | Heibner v. Cosmed Group, Inc. et al |
| 1:24-cv-06321 | Fitzgerald v. COSMED GROUP INC et al |
| 1:24-cv-06322 | Flowers v. Medline Industries, Inc et al |
| 1:24-cv-06328 | Daniels v. Medline Industries, Inc. et al |
| 1:24-cv-06329 | Danyo v. Medline et al |
| 1:24-cv-06330 | Fortunato v. Medline Industries, Inc. et al |
| 1:24-cv-06331 | Florkow v. Medline Industries et al |

| 1:24-cv-06333 | DeVost v. Medline et al |
| 1:24-cv-06334 | Foster v. Medline Industries, Inc. et al |
| 1:24-cv-06335 | Abernathy v. Isomedix Operations, Inc. et al |
| 1:24-cv-06337 | Gallas v. Medline Industries, Inc. et al |
| 1:24-cv-06338 | Pereira v. Isomedix Operations, Inc. et al |
| 1:24-cv-06340 | Hamann v. Medline Industries et al |
| 1:24-cv-06343 | Garcia v. Medline Industries, Inc. et al |
| 1:24-cv-06344 | Hedlund v. Medline Industries et al |
| 1:24-cv-06345 | Garkova v. Medline Industries, Inc. et al |
| 1:24-cv-06346 | Ennis v. Medline Industries, Inc. et al |
| 1:24-cv-06349 | Pereira v. Isomedix Operations, Inc, et al |
| 1:24-cv-06350 | Farrell v. Medline Industries, Inc. et al |
| 1:24-cv-06351 | Draper v. Medline Industries, Inc. et al |
| 1:24-cv-06352 | Hall v. Medline et al |
| 1:24-cv-06353 | Raupp v. Isomedix Operations, Inc. et al |
| 1:24-cv-06354 | Gayden v. Medline Industries, Incorporated et al |
| 1:24-cv-06356 | Pesic v. Isomedix Operations, Inc. et al |
| 1:24-cv-06357 | Ray v. Isomedix Operations, Inc. et al |
| 1:24-cv-06358 | Peterson-Cooper v. Isomedix Operations, Inc. et al |
| 1:24-cv-06359 | Rhodes v. Isomedix Operations, Inc. et al |
| 1:24-cv-06360 | Phelps v. Isomedix Operations, Inc. et al |
| 1:24-cv-06361 | Rossi v. Isomedix Operations, Inc. et al |
| 1:24-cv-06362 | Pitts v. Isomedix Operations, Inc. et al |
| 1:24-cv-06363 | Sambrano v. Isomedix Operations, Inc. et al |
| 1:24-cv-06364 | Polson v. Isomedix Operations, Inc. et al |
| 1:24-cv-06365 | Adams v. Isomedix Operations, Inc. et al |
| 1:24-cv-06366 | Poole v. Isomedix Operations, Inc. et al |
| 1:24-cv-06367 | Sanders v. Isomedix Operations, Inc. et al |
| 1:24-cv-06368 | Akins v. Isomedix Operations, Inc. et al |
| 1:24-cv-06369 | Pope v. Isomedix Operations, Inc. et al |
| 1:24-cv-06370 | Alcay v. Isomedix Operations, Inc. et al |
| 1:24-cv-06371 | Sanfelippo v. Isomedix Operations, Inc. et al |
| 1:24-cv-06372 | Porter v. Isomedix Operations, Inc. et al |
| 1:24-cv-06373 | Morales Ramirez v. Isomedix Operations, Inc. et al |
| 1:24-cv-06374 | Lahey v. Isomedix Operations, Inc. et al |
| 1:24-cv-06375 | Anderson v. Isomedix Operations, Inc. et al |
| 1:24-cv-06376 | Santowski v. Isomedix Operations, Inc. et al |
| 1:24-cv-06377 | Saturno v. COSMED GROUP INC et al |
| 1:24-cv-06378 | Schmitz v. COSMED GROUP INC et al |
| 1:24-cv-06379 | Schmitz v. Cosmed Group, Inc. et al |
| 1:24-cv-06381 | Schwalbach v. Cosmed Group, Inc. et al |
| 1:24-cv-06382 | Laracuente v. Isomedix Operations, Inc. et al |
| 1:24-cv-06383 | Shulman v. Isomedix Operations, Inc. et al |
| 1:24-cv-06384 | Archibald v. Isomedix Operations, Inc. et al |
| 1:24-cv-06385 | Simmons v. Cosmed Group, Inc. et al |
| 1:24-cv-06386 | Lefevers v. Isomedix Operations, Inc. et al |
| 1:24-cv-06387 | Arive v. Isomedix Operations, Inc. et al |

| | |
|---|---|
| 1:24-cv-06388 | Lempa v. Isomedix Operations, Inc. et al |
| 1:24-cv-06389 | Santowski v. Cosmed Group, Inc., et al |
| 1:24-cv-06391 | Lipczynski v. Cosmed Group, et al |
| 1:24-cv-06392 | Saturno v. Isomedix Operations, Inc. et al |
| 1:24-cv-06393 | Auth v. Isomedix Operations, Inc. et al |
| 1:24-cv-06394 | LoBue v. Medline Industries, Inc. et al |
| 1:24-cv-06395 | Schmitz v. Isomedix Operations, Inc. et al |
| 1:24-cv-06396 | Brown v. Isomedix Operations, Inc. et al |
| 1:24-cv-06397 | Schwalbach v. Isomedix Operations, Inc. et al |
| 1:24-cv-06398 | Lovelace v. Medline Industries, Inc. et al |
| 1:24-cv-06399 | Brown v. Isomedix Operations, Inc. et al |
| 1:24-cv-06400 | Shulman v. Isomedix Operations, Inc. et al |
| 1:24-cv-06401 | Sinkovitz v. Isomedix Operations, Inc. et al |
| 1:24-cv-06402 | Luka v. Medline Industries, Inc. et al |
| 1:24-cv-06403 | Luna v. Medline Industries, Inc. et al |
| 1:24-cv-06404 | Baartz v. Isomedix Operations, Inc. et al |
| 1:24-cv-06405 | MacDonald v. Medline Industries, Inc. et al |
| 1:24-cv-06406 | Baker v. Isomedix Operations, Inc. et al |
| 1:24-cv-06407 | Margolis v. Isomedix Operations, Inc. et al |
| 1:24-cv-06416 | Green v. Medline et al |
| 1:24-cv-06417 | Gentes v. Medline Industries, Inc. et al |
| 1:24-cv-06418 | Griffiths v. Medline et al |
| 1:24-cv-06420 | Goldman v. COSMED GROUP INC et al |
| 1:24-cv-06424 | Gorczynski v. Medline Industries et al |
| 1:24-cv-06425 | Griffin v. Medline Industries et al |
| 1:24-cv-06430 | Grove v. Medline Industries et al |
| 1:24-cv-06431 | Simpson v. Cosmed Group, Inc. et al |
| 1:24-cv-06437 | Sivia v. Isomedix Operations, Inc. et al |
| 1:24-cv-06442 | Barber v. Isomedix Operations, Inc. et al |
| 1:24-cv-06443 | Martin v. ISOMEDIX OPERATIONS INC et al |
| 1:24-cv-06444 | Skaramagos v. Isomedix Operations, Inc. et al |
| 1:24-cv-06445 | Spadaro v. Isomedix Operations, Inc. et al |
| 1:24-cv-06446 | May v. Isomedix Operations, Inc. et al |
| 1:24-cv-06447 | Brewton v. Isomedix Operations, Inc. et al |
| 1:24-cv-06449 | Springs v. Isomedix Operations, Inc. et al |
| 1:24-cv-06450 | McFeggan v. Isomedix Operations, Inc. et al |
| 1:24-cv-06451 | Brooks v. Isomedix Operations, Inc. et al |
| 1:24-cv-06453 | Stewart v. Isomedix Operations, Inc. et al |
| 1:24-cv-06454 | McRae v. Isomedix Operations, Inc. et al |
| 1:24-cv-06455 | Carrillo v. Isomedix Operations, Inc. et al |
| 1:24-cv-06457 | Meincke v. Isomedix Operations, Inc. et al |
| 1:24-cv-06458 | Stuebe v. Isomedix Operations, Inc. et al |
| 1:24-cv-06459 | Merrill v. Isomedix Operations, Inc. et al |
| 1:24-cv-06460 | Sunby v. Isomedix Operations, Inc. et al |
| 1:24-cv-06461 | Miller v. Isomedix Operations, Inc. et al |
| 1:24-cv-06462 | Temkin v. Isomedix Operations, Inc. et al |
| 1:24-cv-06463 | Mistele v. Isomedix Operations, Inc. et al |

| | |
|---|---|
| 1:24-cv-06464 | Torres v. Isomedix Operations, Inc. et al |
| 1:24-cv-06465 | Moosa v. Isomedix Operations, Inc. et al |
| 1:24-cv-06466 | Vasquez v. Isomedix Operations, Inc. et al |
| 1:24-cv-06467 | Moreno v. Isomedix Operations, Inc. et al |
| 1:24-cv-06468 | Nicketakis v. Isomedix Operations, Inc. et al |
| 1:24-cv-06469 | Vogler v. Isomedix Operations, Inc. et al |
| 1:24-cv-06470 | Voit v. Isomedix Operations, Inc. et al |
| 1:24-cv-06471 | Weber v. Isomedix Operations, Inc. et al |
| 1:24-cv-06474 | Berlav v. Isomedix Operations, Inc. et al |
| 1:24-cv-06475 | Welch v. Isomedix Operations, Inc. et al |
| 1:24-cv-06476 | Castillo v. Isomedix Operations, Inc. et al |
| 1:24-cv-06477 | Castro v. Isomedix Operations, Inc. et al |
| 1:24-cv-06483 | Werner v. Isomedix Operations, Inc. et al |
| 1:24-cv-06484 | Williams v. Isomedix Operations, Inc. et al |
| 1:24-cv-06488 | Wynn v. Isomedix Operations, Inc. et al |
| 1:24-cv-06492 | Chase v. Isomedix Operations, Inc. et al |
| 1:24-cv-06494 | Humo v. Isomedix Operations, Inc. et al |
| 1:24-cv-06497 | Zdenahlik v. Isomedix Operations, Inc. et al |
| 1:24-cv-06499 | Hutchison v. Isomedix Operations, Inc. et al |
| 1:24-cv-06503 | Incardona v. Isomedix Operations, Inc. et al |
| 1:24-cv-06509 | Jacobsen v. Isomedix Operations, Inc. et al |
| 1:24-cv-06511 | Jeffries v. Isomedix Operations, Inc. et al |
| 1:24-cv-06516 | Johnson v. Isomedix Operations, Inc. et al |
| 1:24-cv-06517 | Nikolich v. Isomedix Operations, Inc. et al |
| 1:24-cv-06520 | Welch v. Isomedix Operations, Inc. et al |
| 1:24-cv-06524 | Wiltberger II v. Isomedix Operations, Inc. et al |
| 1:24-cv-06525 | Packard v. Isomedix Operations, Inc. et al |
| 1:24-cv-06528 | Kimble v. Isomedix Operations, Inc. et al |
| 1:24-cv-06529 | Zeck v. Isomedix Operations, Inc. et al |
| 1:24-cv-06532 | Parsons v. Isomedix Operations, Inc. et al |
| 1:24-cv-06535 | Lagunas v. Isomedix Operations, Inc. et al |
| 1:24-cv-06547 | Pennella v. Isomedix Operations, Inc. et al |
| 1:24-cv-06548 | Cooper v. Isomedix Operations, Inc. et al |
| 1:24-cv-06551 | Chapman v. Isomedix Operations, Inc. et al |
| 1:24-cv-06552 | Cruz, Jr. v. Isomedix Operations, Inc. et al |
| 1:24-cv-06553 | Clayborne v. Isomedix Operations, Inc. et al |
| 1:24-cv-06554 | Hill v. Isomedix Operations, Inc. et al |
| 1:24-cv-06555 | Cleave v. Isomedix Operations, Inc. et al |
| 1:24-cv-06557 | Hogan v. Isomedix Operations, Inc. et al |
| 1:24-cv-06558 | Colin v. Isomedix Operations, Inc. et al |
| 1:24-cv-06561 | Hornung v. Isomedix Operations, Inc. et al |
| 1:24-cv-06568 | Coughlin et al v. Isomedix Operations, Inc. et al |
| 1:24-cv-06570 | Berlav v. Isomedix Operations, Inc. et al |
| 1:24-cv-06571 | Lojanicich v. Isomedix Operations, Inc. et al |
| 1:24-cv-06572 | Connor v. Isomedix Operations, Inc. et al |
| 1:24-cv-06617 | Rouse v. Isomedix Operations, Inc. et al |
| 1:24-cv-06619 | Scheffler v. Isomedix Operations, Inc. et al |